UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARMEN PIZARRO, *individually and on behalf of others similarly situated*,

                Plaintiffs,

v.

TOTTINI BROOKLYN LLC (DBA TOTTINI), MELISSA VAN FLANDERN, MICHAEL FAIGY, and MICHAEL YOSSI,

                Defendants.

21 Civ. 6670 (DG) (RER)

**OFFER OF JUDGMENT TO CARMEN PIZARRO PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:    Lina Stillman, Esq
        Stillman Legal, P.C
        42 Broadway, 12th Floor
        New York NY 10004
        212-832-1000
        LS@StillmanLegalPC.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants TOTTINI BROOKLYN LLC. (D/B/A TOTTINI), MELISSA VAN FLANDERN, MICHAEL FAIGY, and MICHAEL YOSSI (collectively "Defendants") hereby offer to allow judgment to be taken against them, jointly and severally, by CARMEN PIZARRO ("Plaintiff") in the above-captioned action in the total sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

1

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

The sum total of Twenty Five Thousand Dollars and No Cents ($25,000.00) shall be paid in one installment, within thirty (30) days of the Court entering judgment against Defendants.

If Defendants fail to make the payment as outlined above, Plaintiff will notify Defendant's counsel of the default via email at cneff@mb-llp.com. Such notice shall be deemed received upon transmission. Defendants shall cure any breach of their obligations within seven days of receipt of notice. If Defendants fail to cure the default, Plaintiff will be entitled to enforce the judgment amount against Defendants, less any payments made.

Dated: May 5, 2022

Respectfully submitted,

_____/s/_____
Christopher Roesch Neff
Moskowitz & Book LLP
345 Seventh Avenue
21st Floor
New York, NY 10001
cneff@mb-llp.com
*Attorneys for Defendants*