UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CARMEN PIZARRO,
              Plaintiffs,

**JUDGMENT PURSUANT TO RULE 68**

-versus-

21 Civ. 6670 (DG) (RER)

TOTTINI BROOKLYN LLC (DBA TOTTINI),
MELISSA VAN FLANDERN, MICHAEL FAIGY,
and MICHAEL YOSSI
              Defendants.

------------------------------------------------------------x

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAY 17 2022 ★ BROOKLYN OFFICE

**WHEREAS,** on Decemebr 2021 plaintiff Pizarro filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on May 5, 2022 pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of plaintiff Cabrera and

**WHEREAS,** on May 5, 2022 Plaintiff Pizarro accepted defendants' offer **NOW,**

**THEREFORE, IT IS HEREBY ORDERED and ADJUDGED THAT:**

1. Defendants shall pay plaintiff Cabrera the total sum of Twenty-five Thousand Dollars ($25,000), pursuant to the Rule 68 Offer of Judgment.

2. Defendants shall also pay plaintiff Pizarro reasonable attorneys' fees, expenses and costs to the date of the offer.

3. This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff Pizarro may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

4. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or an official, employee, or agent of the Defendants, or any

agency thereof; nor is it an admission that plaintiff Pizarro has suffered any damages.

5.  Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Pizarro in the above-referenced action. Acceptance of the offer of judgment has waived plaintiff Pizarro's rights to any claim for interest on the amount of the judgment.

Dated: Brooklyn, New York

May 16, 2022

BRENNA B. MAHONEY
Clerk of Court

by: *Jalitza Poveda*
Deputy Clerk